IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES ROBERT TURNER,

    Plaintiff,

v.

Case No. 21-cv-127-jdp

CITY AND COUNTY OF RACINE CLERKS OFFICE, JOHN DOE, JANE DOE, EMILY BRUNO, LAURIE HARDY, AMY VANDERHOEF, KIRSTEN MALECKI, and SAMUAL A. CHRISTENSEN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 7/22/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |