IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED

2021 AUG -9 AM 11: 18

PETER OPPENEER
CLERK US DIST C' ''''
WD OF ''''

James Robert Turner
        Plaintiff,

V.

Opinion and Order
21-cv-127-jdp

City and County of Racine Clerks Office
John Doe, Jane Doe, Emily Bruno,
Laurie Hardy, Amy Vanderoef,
Kirsten Malecki and Samual A. Christensen
        Defendants

## NOTICE OF APPEAL

The petitioner brings this notice of appeal requesting the Court to be on Notice of appeal by the above Plaintiff.

The Plaintiff ask the court to send all documents too the court of appeals for review.

*James R Turner*
James Robert Turner #122766
Stanley Corrctions Institution
100 Corrctions Drive
Stanley, Wisconsin
54768

August 4, 2021